IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN L. BALLARD,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SHANE THURMAN and<br>DANIAL DANAHER,<br><br>　　　　　　Defendants. | 8:22CV90<br><br><br>**MEMORANDUM<br>AND ORDER** |

　　Plaintiff has requested a one-week extension of time for service of discovery documents, stating he did not receive a copy of the court's Order Setting Schedule for Progression of Case until July 5, 2022. The court finds Plaintiff has made a sufficient showing of good cause for modification of the scheduling order. *See* Fed. R. Civ. P. 16(b)(4).

　　IT IS THEREFORE ORDERED that Plaintiff's motion for extension (Filing 19) is granted, and the first paragraph of the court's Order Setting Schedule for Progression of Case (Filing 16) is modified to read as follows:

　　1.　　All depositions, whether or not they are intended to be used at trial, shall be completed by **September 12, 2022**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before **July 13, 2022**.

　　Dated this 11th day of July 2022.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge